FRIDAY MARCH 27, 2015

JEFFREY D. KYLE
CLERK OF THE THIRD DISTRICT OF TEXAS
COURT OF APPEALS
THIRD DISTRICT OF TEXAS
P.O. BOX 12547
AUSTIN TX 78711-2547

FILED
April 2, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

RE: COURT OF APPEALS NUMBER: 03-1400525-CR
   TRIAL COURT CASE NUMBER: C-13-0631-SA

STYLE: ELIAS SHAWN BIHL
      V. STATE OF TEXAS

DEAR MR. JEFFERY D. KYLE

   ON MARCH 16, 2015 MY APPEAL ATTORNEY NOTIFIED ME THAT AN ANDERS BRIEF WAS FILED ON MY BEHALF AS OUTLINED IN ANDERS V. CALIFORNIA AND FUTHER ADVISED ME OF MY RIGHT TO FILE A PRO SE BRIEF TO THE ANDERS BRIEF.

   BY THIS LETTER I AM GIVING YOU NOTICE THAT I WISH TO FILE A PRO SE BRIEF OR RESPONSE.

   I ALSO REQUEST AN EXSTENSION OF TIME IN WHICH TO FILE MY BRIEF OR RESPONSE SINCE I HAVE NOT HAD ACCESS TO MY APPELLATE RECORD. ENCLOSED PLEASE FIND MY FIRST MOTION FOR EXTENSION OF TIME. PLEASE FILE AN BRING TO THE ATTENTION OF THE COURT. THANK YOU FOR YOUR CONSIDERATION

                    RESPECTFULLY
                    Elias Shawn Bihl
         APPLEANT PRO SE ELIAS SHAWN BIHL
                    TDCJ # 1938565
                    MCCONNELL UNIT
                    3001 SOUTH EMILY DR.
                    BEEVILLE TX 78102

RECEIVED
APR 0 2 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

#1938565
McConnell Unit
3001 South Emily DR
Beeville Tx 78102

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
30 MAR 2015 PM 4 L

78711254747

JEFFREY D. KYLE CLERK
COURT OF APPEALS
THIRD DISTRICT OF TEXAS
P.O. BOX 12547.
AUSTIN, TEXAS 78711